**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **TERRY DAVIS, individually, and on behalf of all others similarly situated,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**DAILYPAY, INC., and DAILYPAY, LLC**<br><br>     **Defendants.** | **CASE NO. 1:25-cv-03204-VMC** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice.

Dated: December 9, 2025          Respectfully submitted,

| | |
|---|---|
| */s/ Lee Lowther* | */s/ Hugh Hamilton* |
| Lee Lowther (*pro hac vice*) | James Kim (*pro hac vice*) |
| llowther@cbplaw.com | jameskim@cooley.com |
| Courtney Ross Brown (*pro hac vice*) | Kaitland Kennelly (*pro hac vice*) |
| cbrown@cbplaw.com | kkennelly@cooley.com |
| CARNEY BATES & PULLIAM, PLLC | Hugh Hamilton (*pro hac vice*) |
| One Allied Drive, Ste. 1400 | hhamilton@cooley.com |
| Little Rock, AR 72202 | COOLEY LLP |
| Telephone: (501) 312-8500 | 55 Hudson Yards |
| Facsimile: (501) 312-8505 | New York, NY 10001 |
| | Telephone: (212) 479-6000 |
| Christopher B. Hall | |
| Georgia Bar No. 318380 | Lindsey B. Mann (GA Bar No. 431819) |
| chall@hallandlampros.com | lindsey.mann@troutman.com |
| Adam T. Mills | Samuel D. Lack (GA Bar No. 749769) |

1

Georgia Bar No. 123930
adam@hallandlampros.com
HALL & LAMPROS, LLP
300 Galleria Parkway, Suite 300
Atlanta, GA 30339
Telephone: (404) 876-8100
Facsimile: (404) 876-3477

Joshua R. Jacobson
Georgia Bar No. 471903
joshua@jacobsonphillips.com
JACOBSON PHILLIPS, PLLC
2277 Lee Road, Ste. B
Winter Park, FL 32789
Telephone: (321) 447-6461

*Attorneys for Plaintiff Terry Davis
and the Proposed Class*

samuel.lack@troutman.com
TROUTMAN PEPPER LOCKE
600 Peachtree St., N.E., Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1.

/s/ Lee Lowther
Lee Lowther

# <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this December 9, 2025, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically serve notification of such filing to all counsel of record.

*/s/ Lee Lowther*
Lee Lowther
